**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Roland G. TORRES, Defendant— Appellant.**

**No. 02–10205.**

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 15, 2004.

Chris A. Thomas, Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Before: O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**R.K., Juvenile, Defendant—Appellant.**

**No. 03–10383.**
**D.C. No. CR–00–00277–1–SOM.**

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 15, 2004.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Omer G. Poirier, Honolulu, HI, for Plaintiff–Appellee.

Before O'SCANNLAIN, RYMER and BEA, Circuit Judges.

## MEMORANDUM**

R.K., a juvenile, appeals his appeals his 10–month sentence imposed upon revocation of probation. He originally pleaded guilty to destruction of federal property, in violation of 18 U.S.C. § 844(f)(1) and (i). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), R.K.'s counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).